IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHAMIM EBRAHIMI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:23-CV-1090-G-BT |
| MYKILL FIELDS, ET AL., ) | |
| ) | |
| Defendants. ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 5, 2024. *See* docket entry 11. The court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The plaintiff is **WARNED** that filing further frivolous or baseless cases may result in monetary sanctions and/or a bar from bringing further civil actions without payment of the filing fee.

**SO ORDERED**.

January 21, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**